IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERROD HERNDON, | ) | No. C 14-05674 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| U.S. DISTRICT COURT, | ) | |
| Defendant. | ) | |

On December 31, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 2). On the same day, the Clerk sent Plaintiff a notice that his IFP application was insufficient because he did not provide the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The deadline has passed and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is DISMISSED without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: 2/25/2015

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
05674Herndon_dism-ifp.wpd                         1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L HERNDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DISTRICT COURT,<br><br>　　　　Defendant.　　　　／ | Case Number: CV14-05674 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on　2/25/2015　, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon T-62827
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated:　2/25/2015

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk